# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY RAYMOND CHAVEZ,<br><br>                Petitioner,<br><br>v.<br><br>JAMES A. YATES, Warden,<br><br>                Respondent. | Civil No.   09cv0263 JM (PCL)<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(Doc. No. 6)** |

Respondent requests a 15-day enlargement of time to file an Answer to Petition for Writ of Habeas Corpus. (Doc. No. 1.)  GOOD CAUSE APPEARING, Respondent's request for a 15-day enlargement of time is granted.  Respondent shall have up to and including May 15, 2009 to file an Answer to Petition for Writ of Habeas Corpus.  Petitioner's Traverse is now due no later than June 15, 2009.

**IT IS SO ORDERED.**

DATED: April 30, 2009

                                                                       Peter C. Lewis<br>                                                                       U.S. Magistrate Judge<br>                                                                       United States District Court

cc:       The Honorable Jeffrey T. Miller<br>            All Parties and Counsel of Record